**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| MULLINS FOOD PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1 : 23-cv-15324 |
| | ) | |
| EVEREST PREMIER INSURANCE COMPANY and EVEREST NATIONAL INSURANCE COMPANY, | ) | Hon. John J. Tharp, Jr. |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Mullins Food Products, Inc. and Defendants Everest Premier Insurance Company and Everest National Insurance Company hereby stipulate and agree to Plaintiff's voluntary dismissal of the captioned matter, including all claims and prayers for relief, with prejudice and with each party responsible for its own costs and fees.

Dated: June 12, 2026

Respectfully submitted,

By: *David B. Goodman*
David B. Goodman
Kalli K. Nies
Goodman Law Group | Chicago
20 North Clark Street, #3300
(312) 626-1890
DG@glgchicago.com
KN@glgchicago.com

*Counsel for Mullins Food Products, Inc*

By: *Jenna K. DiJohn*
Daniel I. Graham, Jr.
Jenna K. DiJohn
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 South Wacker Drive, 36th Floor
Chicago, IL 60606
(312) 585-1400
dgraham@nicolaidesllp.com
jdijohn@nicolaidesllp.com

*Counsel for Everest Premier Insurance Company and Everest National Insurance Company*